1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERISURE INSURANCE COMPANY, a Michigan Corporation and AMERISURE MUTUAL INSURANCE COMPANY, a Michigan Corporation,<br><br>Plaintiffs,<br><br>-vs-<br><br>SUMMIT CONTRACTORS, INC., dba SUMMIT SOUTHWEST, INC.; THE EDGE AT RENO CONDOMINIUM UNIT-OWNERS ASSOCIATION, INC.; THE EDGE AT RENO, LLC; THE UNIVERSITY HOUSING GROUP, INC., and CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | CASE NO.: 3:10-cv-00255-LRH-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS SUMMIT CONTRACTORS, INC., dba SUMMIT SOUTHWEST, INC.; THE EDGE AT RENO CONDOMINIUM UNIT-OWNERS ASSOCIATION, INC.; THE EDGE AT RENO, LLC; THE UNIVERSITY HOUSING GROUP, INC., and CRUM & FORSTER SPECIALTY INSURANCE COMPANY** |

IT IS HEREBY STIPULATED by and between the Plaintiff Amerisure Insurance Company & Amerisure Mutual Insurance Company by and through their attorney of record,

Page 1 of 2

PRINCE & KEATING, and Defendants Summit Contractors, Inc. dba Summit Southwest, Inc., The Edge at Reno Condominium Unit-Owners Association, Inc., The Edge at Reno, LLC, The University Housing Group, Inc. and Crum & Forster Specialty Insurance Company by and through their undersigned counsel of record, that the above entitled matter shall be dismissed as to Plaintiff's Complaint and Summit Contractors' Cross-Claims, without prejudice, each party to bear their own costs and attorney's fees.

There is no trial date currently scheduled in this matter.

DATED this ___ day of September, 2010.

| | |
|---|---|
| **PRINCE & KEATING** | **LEWIS & ROCA LLP** |
| _____ | _____ |
| DOUGLAS J. DUESMAN | Joel Henriod, Esq. |
| Nevada Bar No. 10341 | Nevada Bar No. 8492 |
| 3230 South Buffalo Drive, Suite 108 | 3993 Howard Hughes Parkway, Suite 600 |
| Las Vegas, Nevada 89117 | Las Vegas, Nevada 89169 |
| Attorneys for Plaintiffs | *The University Housing Group, Inc. and* |
| *Amerisure Insurance Company &* | *The Edge at Reno, LLC* |
| *Amerisure Mutual Insurance Company* | |
| | |
| **ROBISON BELAUSTEGUI SHARP & LOW** | **SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON** |
| _____ | _____ |
| Michael E Sullivan | Brian W Boschee |
| Nevada Bar No. 5142 | Nevada Bar No. 7612 |
| 71 Washington Street | 400 South Fourth Street, 3rd Floor |
| Reno, NV 89503 | Las Vegas, NV 89101 |
| *Summit Contractors, Inc.* | *Crum & Forster Specialty Insurance Company* |
| | |
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | |
| _____ | |
| Don Springmeyer, Esq. | |
| Nevada Bar No. 1021 | |
| 3556 E. Russell Road, Second Floor | |
| Las Vegas, Nevada 89120 | |
| *The Edge at Reno Condominium Unit-Owners Association, Inc.* | |

2

PRINCE & KEATING, and Defendants Summit Contractors, Inc. dba Summit Southwest, Inc., The Edge at Reno Condominium Unit-Owners Association, Inc., The Edge at Reno, LLC, The University Housing Group, Inc. and Crum & Forster Specialty Insurance Company by and through their undersigned counsel of record, that the above entitled matter shall be dismissed as to Plaintiff's Complaint and Summit Contractors' Cross-Claims, without prejudice, each party to bear their own costs and attorney's fees.

There is no trial date currently scheduled in this matter.

DATED this ___ day of September, 2010.

**PRINCE & KEATING**

/s/ D. Duesman
DOUGLAS J. DUESMAN
Nevada Bar No. 10341
3230 South Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Attorneys for Plaintiffs
*Amerisure Insurance Company &*
*Amerisure Mutual Insurance Company*

**ROBISON BELAUSTEGUI SHARP & LOW**

/s/ M. Sullivan 9-23-10
Michael E Sullivan
Nevada Bar No. 5142
71 Washington Street
Reno, NV 89503
*Summit Contractors, Inc.*

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

Don Springmeyer, Esq.
Nevada Bar No. 1021
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
*The Edge at Reno Condominium Unit-Owners Association, Inc.*

**LEWIS & ROCA LLP**

Joel Henriod, Esq.
Nevada Bar No. 8492
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*The University Housing Group, Inc. and The Edge at Reno, LLC*

**SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON**

Brian W Boschee
Nevada Bar No. 7612
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101
*Crum & Forster Specialty Insurance Company*

IT IS SO ORDERED.
DATED this 6th day of October, 2010.

/s/ Larry R. Hicks

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3